UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JEFFREY WHALEY** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Case No. 7:23-CV-00179** |
| | § | |
| **VALERO TRANSPORTATION LLC** | § | |
| **AND CARLOS CABALLERO LIMON,** | § | |
| **Defendant.** | § | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**NOW COMES** Jeffrey Whaley, hereinafter Plaintiff, and files this Motion for Default Judgment, and in support hereof, shows the court the following:

I.

1.    Plaintiff filed suit against Defendants, Valero Transportation LLC and Carlos Caballero Limon on September 12, 2023 seeking damages for injuries sustained in a commercial motor vehicle accident. This matter was originally filed in the 143rd Judicial District Court of Ward County, Texas and assigned cause number 23-09-26383-CVW.

II.

2.    Defendant, Valero Transportation LLC, was served with citation on September 19, 2023. Defendant, Carlos Caballero Limon, was served with citation on September 21, 2023.

3.    This matter was removed to Federal Court on November 15, 2023 by Defendants.

4.    Defendants, Valero Transportation LLC and Carlos Caballero Limon, have failed to file an answer within the time allowed by law and have wholly made default. The citations with proof of service of Defendants have been on file with the clerk of the court ten days, exclusive of the day of filing and the day of judgment (see Exhibit A - Document 1-3 filed by

Defendants on November 15, 2023 which acknowledges that the State Court's File which included the Plaintiff's Original Petition and the Service Returns on Defendants).

5.    The Defendants have failed to file an answer to Plaintiff's Original Petition within the time allowed by law in either State or Federal Court.  Specifically, Federal Rule of Civil Procedure 81(c)(2) provides the deadline for a party to file an answer or similar document asserting its defenses if it did not already do so in state court prior to removal. Rule 81 states that an answer or its equivalent must be filed within either 21 days of the party's receiving a copy of a pleading by any method, 21 days of the party's being served, or 7 days after the notice of removal was filed, whichever is latest.  FED. R. CIV. P. 81(c)(2)(A)-(C).  *L.A. Pub. Ins. Adjusters, Inc. v. Nelson*, 17 F.4th 521, 524 (5th Cir. 2021).  Plaintiff would show that all possible deadlines have passed for Defendants to timely file their answer as of the date of this Motion.

6.    This matter is presented to the District Judge for consideration as Defendant has not consented to magistrate jurisdiction.  See email correspondence attached hereto as Exhibit B.

III.

WHEREFORE, premises considered, Plaintiff prays that the Court enter default judgment adverse to Defendants, Valero Transportation LLC and Carlos Caballero Limon entering affirmative findings on all of Plaintiff's causes of action pled in his original petition; that Plaintiff recovers costs expended in filing this suit; that Plaintiff recovers prejudgment and postjudgment interest; that Plaintiff recovers attorney's fees and that Plaintiff has such other and further relief at law or in equity to which Plaintiff may be justly entitled.

Respectfully submitted,

By: _____
Spencer W. Dobbs

Texas Bar No. 00793624
Email:  spencer@dobbslawfirm.com
601 N. Washington
Odessa, TX 79761
Tel. (432) 580-0808
Fax. (432) 580-7254

Alan B. Harris
Texas Bar No. 09050780
409 N. Texas Avenue
Odessa, Texas 79761
Tel. (432) 580-3118
Fax. (432) 332-4084

Attorneys for Plaintiff Jeffrey Whaley

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion for Default Judgment has been forwarded via email to counsel of record for Defendants on December 29, 2023.

_____
Spencer W. Dobbs

Matthew A. Ford, Attorney for Defendants
Law Office of Matthew A. Ford
1301 Solana Boulevard
Westlake, Texas 76262
Tel: (817) 865-1953
Fax: (925) 401-7260
Email: matthew@mafordlaw.com
ATTORNEY FOR DEFENDANTS
VALERO TRANSPORTATION LLC AND
CARLOS CABALLERO LIMON